UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:12 CR 59 CDP |
| CHRIS EDWARD REED, | ) | |
| Defendant. | ) | |

# ORDER

This matter is before the Court on defendant Chris Edward Reed's motion to suppress statements and evidence [#21]. Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge Mary Ann L. Medler. Judge Medler held an evidentiary hearing on July 10, 2012. Defendant was granted leave to file a supplemental memorandum following receipt of the transcript. Thereafter Judge Medler filed her Report and Recommendation, which found that probable cause supported the search and that exigent circumstances warranted the officers' entry without a warrant. She therefore recommended that the motion be denied. The defendant filed an objection to the Magistrate Judge's recommendation [#34] on August 27, 2012.

I have conducted *de novo* review of all evidence and arguments regarding the motion. After reading the transcript of the hearing and viewing the other

evidence, and after considering the parties' extensive briefing, I conclude that the motion should be denied. I will adopt and sustain as my findings of fact and conclusions of law the thorough Report and Recommendation issued by Judge Medler.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#33] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress statements and evidence [#21] is denied.

**IT IS FURTHER ORDERED** that this matter remains set for trial on **Tuesday, October 9, 2012 at 8:30 a.m.** in Courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of September, 2012.